No. 81–5354. VENERI *v.* DELAWARE COUNTY COMMON PLEAS COURT ET AL. C. A. 3d Cir. Certiorari denied.

No. 81–5355. KINNELL *v.* THEIS, U. S. DISTRICT JUDGE, ET AL. C. A. 10th Cir. Certiorari denied.

No. 81–5357. HAYMON *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 81–5363. DORSEY *v.* CURTIN & JOHNSON, INC., ET AL. Sup. Ct. Va. Certiorari denied.

No. 81–5364. GARCIA *v.* ANDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 81–5365. PREBLE *v.* MAINE. Sup. Jud. Ct. Me. Certiorari denied.

No. 81–5366. EVANS *v.* DELAWARE; and YOUNG *v.* DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 81–5369. POWELL *v.* OFFSHORE NAVIGATION, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 81–5370. ZATKO *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 81–5374. HIGGINS *v.* CHARACTER AND FITNESS COMMITTEE, FOURTH DEPARTMENT, NEW YORK SUPREME COURT. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 81–5378. LONG *v.* MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 81–5380. CHARLES *v.* MISSOURI. Sup. Ct. Mo. Certiorari denied.